UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICK HOGAN and
RYAN GETTY,

        CASE NO.: 6:21-CV-01706-ACC-EJK

    Plaintiffs,

v.

STONEYBROOK SPIRITS, LLC
D/B/A/ REGENCY WINE &
LIQUOR,

    Defendant.
_____/

## PLAINTIFF RYAN GETTY'S ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   **February 17, 2020 – July 3, 2021**

2. Who was your immediate supervisor?

   **Donny Itwaru**

3. Did you have a regularly scheduled work period? If so, specify.

   **Yes. Sunday: Off; Monday: 10:00 a.m. – 7:00 p.m.; Tuesday: 10:00 a.m. – 7:00 p.m.; Wednesday: 10:00 a.m. – 8:00 p.m.; Thursday: Off; Friday: 10:00 a.m. – 8:00 p.m.; Saturday: 10:00 a.m. – 8:00 p.m.**

4. What was your title or position? Briefly describe your job duties.

   **Beer Manager. I stocked the beer, made tags, ordered beer with approval of Donny Itwaru and Alan.**

5. What was your regular rate of pay?

   **02/17/20 – 05/31/20: $14.50 per hour**
   **06/01/20 – 09/30/20: $14.90 per hour ($31k annual salary, paid weekly)**
   **10/01/20 – 07/03/21: $19.23 per hour ($40,000 annual salary, paid weekly)**

6. What is the nature of your claim (check all that apply)?

   \_\_\_\_\_Off the clock work (Defendant failed to record, or prohibited you from recording, all your working time.

   __X__  Misclassification (Defendant mistakenly classified you as exempt from overtime);

   \_\_\_\_\_Miscalculation (Defendant failed to correctly calculate your

   compensation);

   \_\_\_\_\_Other (Please describe)

7. Provide an accounting of your claim, including:

   a) dates

   **February 17, 2020 – July 3, 2021**

   b) regular hours worked

   **40 hours per week**

   c) over-time hours worked

   **576.00**

   d) pay received versus pay claimed

   **I consistently worked at least 48 hours per week. During the weeks I worked over 40 hours, my overtime hours were not calculated/paid correctly.**

   e)  total amount claimed

   **OT hours unpaid = 576.00 (Reg Rate $14.50/hr. / 1 ½  = $21.75 x 128 hrs = $2,784.00; Reg Rate $14.90/hr. / 1½ time = $22.35/hour x 136.00=**

   2

$3,039.60) (Reg. Rate $19.23/hr / 1 ½ time = $28.85/hour x 312 = $9,9001.20)

Total OT Hours Owed = $14,824.80

Liquidated Damages = $14,824.80

TOTAL FLSA DAMAGES = $29,649.60

8. If you have brought this case as a collective action: **N/A**

   a) Describe the class of employees you seek to include in this action.

   b) Has an opt-in notice been filed for every potential opt-in Plaintiff who identified himself or herself as a person who wishes to join this action?

   9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   **Attorneys fees to date are $2,153.50 (6.90 hours at attorney rate $450.00 per hour / paralegal rate $100.00 - 135.00 per hour). Attorney has billed 4.1 hours / Paralegals have billed 2.8 hours.**

   10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   **Filed an unfair labor charge with the Department of Labor April 2021. Department of Labor reached out around August 30th or September 1st.**

   11. Was this complaint written or oral? (If a written complaint, please attach a copy).

   **Oral, via phone call.**

   11. Was this complaint written or oral? (If a written complaint, please attach a copy).

   12. What was your employer's response? (If a written response, please attach a copy).



*Ryan Getty*

**STATE OF FLORIDA**
**COUNTY OF ORANGE**

BEFORE ME, the undersigned authority, on this day, personally appeared Ryan Getty, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 10th day of January 2022.

_Amy L Cook_
Signature of Person Taking Acknowledgement

Notary Stamp

Print Name: Amy L. Cook
Title: Notary Public
Serial No. (if any):
Commission Expires: 8/22/23



AMY L. COOK
MY COMMISSION # GG 326959
EXPIRES: August 22, 2023
Bonded Thru Notary Public Underwriters